**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

IN RE: CINDI LEIGH HOLCOMBE      CASE NUMBER: 3:11-bk-31784-SHB

Debtor     CHAPTER: 13

---

**DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM**

---

Comes now the debtor, by and through counsel, and hereby gives notice that the mailing address has changed as follows:

**CINDI LEIGH HOLCOMBE
5441 11TH AVE SOUTH
BIRMINGHAM, AL 35222**

/s/ Zachary Burroughs

Zachary Burroughs, 025896

Clark & Washington, LLC

408 S. Northshore Drive
Knoxville, TN 37919
(865) 281-8084
(865) 862-8967 (fax)
cwknoxville@cw13.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and exact copies of the foregoing Debtor's Notice of Change of Address Form have been forwarded to the following by depositing in the U.S. Mail, postage prepaid, and/or Electronic Case Filing(ECF) on 2/25/2016.

| | |
|---|---|
| U.S. Trustee's Office<br>Howard H. Baker, Jr., U.S. Courthouse<br>800 Market Street Ste 114<br>Knoxville, TN 37902 | (ECF) |
| GWENDOLYN M. KERNEY<br>CHAPTER 13 TRUSTEE<br>P. O. BOX 228<br>KNOXVILLE, TN 37901 | (ECF) |
| CINDI LEIGH HOLCOMBE<br>5441 11TH AVE SOUTH<br>BIRMINGHAM, AL 35222 | (US Mail) |

/s/ Zachary Burroughs

Zachary Burroughs, 025896

11-04852